**11 CIV. 4475**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF THE STATE OF NEW YORK

Michael Best

- Against –

The City Of New York

New York City Department of Corrections

Bronx District Attorney   Robert T Johnson

COMPLAINT

Under the Civil Rights Act,

42 U.S.C.A. 1983

( Prisoner complaint)

Jury Trial  not demanded

1. Parties to this Complaint:
   A. Michael Best
      Was held in prison by the nw york city department of corrections  from August 17th 2009 up until and including December 23 , 2009 , was released on R.O.R on December 23rd 2009, and the cased against me was dismissed in my favor By the State of New York , Bronx Supreme Court

      See: Exhibit  A. Document of Dismissal of the Criminal Case.

      B . List all Defendants

      1. The City of New York

      2. The New York City Department of Corrections

      3. The Bronx District Attorney Robert T Johnson

2.


RECEIVED JUN 6 2011 PRO SE OFFICE

Statement Of Claim:

I was Arrested on August 17th 2009, on a warrant for my arrest, and charged with attempted Murder of a Andrew moody, upon arraignment in criminal court in the Bronx,
I informed the Judge that I felt suspicious since Saturday cause the police kept watching me, then I said to the judge somebody must be lieing on me cause my lawyer says that the person That got shot said they know me and I shot them, I told the judge I don't know the person and That if that person would have told the police I shot them, the police would have locked me up The same day no matter what because im known to that precint.

The judge then said to the District Attorney representing Robert T Johnson, the judge said I know of Michael Best and he has been before this court before in the pass, if anyone wanted a warrant to arrest him for a shooter I would have gave it the same day, the judge then caaled A second call on the case and order the Bronx district Attorney, to go and come back with the evidence showing why and how I was Identified as the person that did the crime.

Later that day the case was called by the Judge, the D.A told the Judge that the Victim Andrew moody, stated that Michael Best shot him, then the judge stated it sounds like the person was shot states he know you and you shot him, and I was charged with the criminal case and held by the Department of Corrections.

On or about October 17th 2009 my attorney received a signed statement from the Victim Andrew Moody stating that I did not shoot him, the District Attorney still did not order me released instead ask the judge for time to talk to their witness.

On November 23rd 2009 the District Attorney was given the signed statement form the victim that Michael Best did not shoot him, the District Attorney investigated the matter and on December 23rd 2009 I was ordered released from prison by the Supreme Court Justice,
But the District Attorney was still investigating and did not drop the charges against me and I was made to go back and for to court every month , up until  on or about November 8th 2010.

The Victim in this Case States that the District Attorney told him that Michael Best shot him And that he was handcuffed in the hospital, because he was being hunted by the N.Y.P.D, and the District Attorney who was at the Hospital told him that the D.A knew Michael Best Shot him and that they let him out the handcuff if he said Michael Best shot him.
The victim then told the Grand jury of the Bronx that he made a deal with the District attorney to say that I shot him. He then came forward that I did not shoot him and I told the judge at my Arraignment on the criminal charges that I was being set up, and that I did not do the crime and the judge investigated the matter,, the same day and the information the District attorney relied on to get the Bronx criminal court judge and the People of the Bronx Grand jury to keep me in jail was information that was force, and done through bribery and suggestive

identification, causing injustice and unlawful imprisonment due to malicious prosecution allegedly by the District Attorney office way of investigating the matter,

I am asking that I receive what the maximum compensation for being unlawfuly imprisoned from august 17th up to and including December 23rd 2009 held by the new york department of Corrections, I am asking for the maximum compensation for being made to go to court mandatory restraint on my life from august 17th 2009 up until Novermber 17th 2010.
I am asking for 50,ooo dollars for being held in prison for over four months.

I am asking for 50,000 for being made to go back and forth to court for almost 11 months Even after the Victim Andrew Moody signed the letter to the courts that I did not shot him.

I am asking for 50,000 for pain and suffering while being imprisoned by the Department of corrections, I informed the correctional staff deputy randell that I was assaulted by correctional staff in the pass and that I have a active law suit against them and I don't feel safe, I informed the correctional staff captain at rikers Island that I am a restraint inmate and that I am always handcuffed while in Correction departments, I told the judge that the staff did not restraint me and the judge ordered rikers island to restrain me,, but the rikers island staff violated the judge order took me out of 23 hour lock in,, and placed me unlawfuly on rikers island even though the supreme court judge ordered me restraint in protective custody,, I was also taken to belview And held in belview till the court order came in from my lawyer to the doctors at belview to send me to 23 hour lockin protected from the c.os and soon as they got me out of belview they kept taken me out of protected custody,, and I was scared to death cause I didn't know why they kept doing that, every time I told the judge the judge ordered me to be placed but they kept unlawfully taken me out, I felt like my life was in danger, I kept telling the judge at Bronx Supreme court the judge kept signing orders just for them to keep taken me out,,
I was also injured while coming back from belview in September of 2009, and taken to Lincoln Hospital and given pain killers and muscle relaxers.

I am asking for a total of 150,000 dollars as compensation for all mental and physical injuries and restraints on my freedom.

2b did your claim arise while you were in prison? No

3. Injuries
   I was under mental distress being held by correctional staff because I already had to go to trial for allegedly assaulting a correctional officer and I was taken to trial facing 20 years and the c.o was lieing and the jury let me go,, so I ask the belview staff to hold me until the judge order the c.os to put me under protection from them, they did and when the judge put the order in they kept taken me out unlawfully making me scared and sad all day, not knowing what they was planning, I also fell getting out the correctional transportation van, and was taken to Lincoln Hospital.

Even after the victim told the District Attorney that I did not do the Crime I was still made to stay in jail and after the judge let me go the next month later,, the district Attorney still kept me going to trial for the next 11 month even after the victim said he lied as if the District Attorney wanted me to do time for some other reason, I felt like I was going to die in their unlawfully and not even the Bronx District Attorney was being impartial and fair with me and I felt like my life was in danger,. Causing Months and months of mental distress and confusion in my mind, I feel unsafe filing this lawsuit.

4. Exhaustion of Remedies:

Did inform the Bronx criminal Court Judge on day of arraignment on criminal charges that I was being set up, and that I was being framed with criminal charges and the judge investigated the allegation before ordering me held in jail, and that if the District Attorney would have not come back with a lie,, and told the judge that lie,, the judge had the power to let me go back home before I got to the custody of the department of corrections,, so I exhausted all my Remedies back in the beginning and in the middle of things I got a letter from the victom saying I did not do the crime,, then I still was not let go,,, then the judge ordered me released from prisin and the District Attorney still told the judge the wanna keep the case going and continue to unlawfully restrain my life by maken me go to court, back and forth for almost a year, I exhausted my remedies and now im fighting Civil in court for refusing to adhere a better remedy which was release my life and liberty for free now im asking for damages after exhaustion of my remedies and being forced to stay in prisoned unlawfully.

5. State what you want the courts to do for you:

I want the court to order the defendant to pay a total of 150,000 for the injuries claimed

   a. 4 months imprisoned unlawfully form august 17th 2009 up until December 23rd 2009
      At 200 dollars a day.

   b. Asking 50,000 for mental distress of being right and being made to stay in jail because the District Attorney thought I was lieing and I was made to keep going to court after released from prison by the courts, and I was also made to keep going to trial for a whole years with fears of going back to prison unlawfully as I was made to go back and forth to court unlawfully even after the victim told the courts I did not do the crime, and the District Attorney is a officer of the courts and I should have been released.

   c. I am asking 50,000 for pain and suffering while in correctional custody by way of the Correctional staff and authorities violating judges orders to place me in protective custody In a cell for 23 hours of the day,,. Instead the c.o kept taken me out and carrying me from jail to jail,, carrying me on to transportation buses carrying me in to facilities and placing me on the floor, even after being cleared by belveiw to put me back on the island but in a cell

on judge order,, and the doctors waited to see the order from the judge before letting me go form belview because I was placed in belview to be kept safe from the c.os,.

Totaling 159,000 in money damages as a fare compensation .

6. Previous Lawsuits:
   a. No previous lawsuit pertaining this case has been filed in this court.

   b. answer is no.

   c. No other suit relating to this suit has been filed in any other court.

   d. No

I declare under penalty of perjury that the foregoing is true and correct.

Signed this day of:


I declare under penalty of perjury that on this /5 day of ___June___ 2011 Iam delivering this complaint by hand to the United States District court of the southern District of New York.

Sincerely yours, _____

Michael Best
1128 findlay avenue apt Bg
Bronx New York 10456