United States District Court

Southern District Of New York

---

Michael Best

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/12

Amended Complaint

11 civ 4475

No Jury Trial Demanded

    Plaintiff,

1. Assistant District Attorney Menon Chandra S  IN/out own capacity
2. The State Of New York

3. Police Officer Dante Valentini Shield# 7886  IN/OUT own capacity

4. "John Doe" Chief of Rikers Island Correctional Facility.  IN/OUT own capacity.

5. The City Of New York

Defendants

---

1. Parties to the Complaint

   Michael Best
   1128 Findlay Avenue #BG
   BX N.Y 10456

2. List of defendants

   1. Assistant Attorney
      Menon Chandra S
      215 east 161 st
      Bx new York 10451 4th floor

   2. The State Of New York (address Unknown)

1.

3. Police Officer Dante Valentini # 7886
    44th precinct 169th street
    Bx New York 1045
4. "john Doe" Chief Of Rikers Island
    Correctional Facility (Address Unknown)
5. The City Of New York

---

3. Don't Apply
4. Federal Question

That this Plaintiif alleges that the Defendants did Violate the Plaintiffs, 4th, 6th, 8th, 14th Amendments of
( Constitution )
The United Sates Of America,. By way of Defendants 1 and 3 did Violate clearly Atstabished Case Laws

Cited in Mapp vs Ohio                         and Wong sung vs United States

. by way of tampering with states evidence juring investigation of a Crime, that juring investigation the above mention Defendants did use suggestiveness while conducting a

Interview with a victim of a crime that took place on August 15th 2009,

Where said suggestiveness did lead to probable cause to hold and indict this plaintiff on false charges

Do to malicious prosecution , causing the Plaintiff to be unlawfully imprisoned for 4 monyhs and 8 days

And to suffer mental distress at belview hospital and other mental health facilities while this plaintiff was in prisoned and that because this plaintiff complained to the correctional staff, doctors and the courts and supervisor and all remedies was cured,,, but plaintiff plea was ignored causing mental suffering, this plaintiff alleges that his 8th amendment constitutional right was Violated, that ut was cruel and unusual, and made the plaintiif in fear for his life, to be secured by the same security that assaulted me.

V. Statement Of Claim                                                                                                2.

That on November 20th 2009,,Andrew Moody who was a Complainaning Victim in a Criminal Case in Bronx Criminal Court did meet up with this plaintiff's Private investigator and did state that that

Dtective state to him that they new Michael Best,, this plaintiff from the Area where he got shot and that the Detectives, mentioned this plaintiffs name, and Andrew Moody also stated that he did not tell the Detectives or the Disrict Attorney that Michael Best was the Person that shot him.

See: Exhibit A Andrew Moody written and signed statement

That this plaintiff heard from the Attorney D. Rudner who was this Plaintiff Attorney in the criminal Case in state court where it was allege that this plaintiff shot Andrew moody,, this Attorney states that he was at the hospital with the ADA and that the ADA did talk to the "VICTOM" and Detectives,,..

That after being released and seeing Andrew Moody, Andrew moody did state that the District Attorney Was present and did make the deal for him to say that Michael Best shot him and where He knows Michael Best from.

That after 8 months this plaintiff did receive his paper work concerning the criminal case and that he

Notice that a 911 call sprint read out was attatched and that it stated that a unknown caller called and said that Michael best shot someone on 165 in Grant.

Once this plaintiff saw the 911 call he then remember on or about august 18th of 2009 at criminal court

Arraignment the judge ordered a second call of the case and odered the District Attorney to go and find out how I was Identified, because this plaintiff through his attorney D. Rudner Told the courts) that the [police made him feel unsafe because they were watching him for 2 days,.

When the ADA returned the D,A told the judge that Andrew moody state that Michael Best shot him,,

Instead of telling the judge of the 911 call that was the reason for the police and the ADA going to the Hospital to speak with the Victim because they could not find the 911 caller,, and decided to go and

Talk to the victim and according to the victim Andrew Moody he states that : at that time he was Told of Michael Best by the police who received the 911 call..

This plainyiff state that the ADA menon Chandra S, should have known that misconduct was being committed by the Detectives,, that it was the Idenyfication laws cited in Mapp vs Ohio, Supra

That did protect the Plaintiff from this misconduct being suggestiveness,, suggestion to Andrew moody that a known Felone shot him,, who he had heard from the police was a bad guy,,according to Mr Moody,

That this plaintiff believes that it was the laws cited in wong song vs the U.S,, supra

That was meant to show the investigators how to brake the illegal taint,, being the fruitof the poison tree,, being the 911 call, that the detectives was suppose to either let the plaintiff go and then (That they knew was incredible) Investigate the matter gain legal evidence if it existed or was found,, and then reprosicute usen legal evidence,

(To hold me)

But because the police and the ADA did not want to let me go without probable cause,, they decided to

Make a deal with a fugitive who was running from the Law and was shot while on the street.. and give him freedom in exchange for false testimony against Michael Best,, and when the Victim Andrew moody was let go he found out who shot him and came to set me free and the malicious prosecution of the defendant blew up in they face ,,.. this plaintiff believes that if Andrew Moody would have died God forbid,, this plaintiff would have been made to do life in Jail,, the 911 caller would have appeared and identified this plaintiff as the shooter on a framed up case,, and that because Andrew moody lived the liar fled and instead offollowing the law and telling the judge the truth at arraignment in criminal court concerning the 911 call and 911 caller,,, the ADA told a lie made up by the defendants for the perpose of gaining a hold order and indictment of this plaintiff,, and that this plaintiff believes that the state court judge would have use the law to release him 1 day after he was arrested , that the statue of limitation to hold me under the law would have freed me from unlawful imprisonment.

But that the malice was going to the hospital to change the evidence from a 911 identifivation to a Victim identification which was malicious prosecution.

That this plaintiff states that because he was in fair for hislife he wrote statements to the correction staff captain that he has law suits against officesin corrections and wants to be place in protective custody but because the chief of Rikers Island believe that his policy states that a inmate cannot be placed in protective custody for issues involving correctional officers , that the Chief of Rikers Island who is a John Doe defendant did Violate several Court orders to place This plaintiff in Custody,, and that this cause plaintiff to go to belview complaining of fears the correction was tryna kill him in Jail and that

it was several months of mental distress being unlawfully accused and kept in the custody of the C.O's who I had proven in a trial in state court had attacked me, prior.

That because the chief "Johm Doe" defendant did or should have known that misconduct was going on,, and because correction was informed of this plaintiff mental health status ,, that the chief of Riker Island is in Violation of this plaintiff 4th 14th and 8th Amendment right to be treated Fairly under the Law...

That because the city of new York is the Supervisor and employee of the defendant John Doe chief of Rikers Island the City of new York is held responsible for the conduct of its employees.

That because the State Of New York is the Employer of the ADA Menon Chandra S. the state is responsible for the conduct of the Defendant Menon Chandra S.

That this Plaintiff States that he was held unlawfuly imprisoned in Violation of Clearly Astablish state laws that was meant to protect the Plaintiif from unlawful conduct and malicious prosecution,

State what you want this court to do

This plaintiff is asking that the courts order each "defendant" to pay this plaintiff a sum of 150,000 dollars each...

A total sum of 750,000 Dollars...

Thank you your honor for your time and patience in this matter.

Dated NOV 30TH 2012

Sincerely,

Michael Best

Exhibit A

Date 11/20/09      Page No. 1

**STATEMENT OF:**

My name is Andrew Moody and I reside at 2949 8th Ave, apartment #7D, New York, NY. 10039. My date of birth is 10/6/1984 and my social security number is 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. I am in Lincoln Hosp at this time and speaking with Private Investigator Daniel Marrone. I was working at the House of Seafood which was located at 125th street and 8th ave. The company is relocating at this time and I am waiting for the new location at 125th street and Madison ave to open. I am currently out of work. On the night of the incident I was walking on 164 St and Grant Ave in the Bronx. A male hispanic, light skinned, 25-30 years old, 5'8" medium built, light skinned with a black hoodie walked up behind me. I heard him approaching and I turned. The male was pointing a gun at me and said, "Don't fucking move." I looked at his face, turned, and started to run. The male followed me.

I HAVE READ THE ABOVE STATEMENT AND IT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

SIGNATURE: X Andrew Moody       WITNESS: _____
DATE: 11/20/09                   WITNESS: _____

Date: 11/20/09   Page No. 2

**STATEMENT OF:**

and fired a shot that hit me in the upper torso. I kept running and the male fired 5 more times hitting me in the torso and foot. The male disappeared and I kept running. At 165 St. rept, between Morris Ave and Brook Ave I asked a store owner to call an ambulance. The ambulance came and removed me to Lincoln Hospital. I was operated on for multiple gunshot wounds and put on Morphine. I was high on Morphine when the detectives came and interviewed me. I didn't tell the detectives that Michael Best did the shooting. The detectives knew Michael Best from the area and mentioned his name to me. I did not tell them he shot me. I knew Michael Best and it definitely was not him. Since the incident I have not spoke to any police or District attorney. I had no idea Michael Best was arrest for shooting me.

I HAVE READ THE ABOVE STATEMENT AND IT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

SIGNATURE: Andrew Mady    WITNESS: [signature]
DATE: 11/20/09           WITNESS:

Date: 11/20/09    Page No. 3

**STATEMENT OF:**

I only recently found out when a friend told me Michael Best was in Rikers Island for shooting me. Michael Best definitely was not the shooter and should be released. I am willing to talk to the district attorney concerning this matter.

x Andrew Moody

I HAVE READ THE ABOVE STATEMENT AND IT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

SIGNATURE: x Andrew Moody    WITNESS: [signature]

DATE: 11/20/09    WITNESS: _____

SUPREME COURT OF THE STATE OF NEW YORK       NO FEE
BRONX COUNTY
265 EAST 161 STREET
BRONX, NY 10451

Exhibit A

CERTIFICATE OF DISPOSITION DISMISSAL

DATE: 05/10/2012                    CERTIFICATE OF DISPOSITION NUMBER: 64556

PEOPLE OF THE STATE OF NEW YORK    CASE NUMBER:             03539-2009
            VS.                     LOWER COURT NUMBER(S):   2009BX053214
                                    DATE OF ARREST:          08/17/2009
                                    ARREST #:                B09665925
                                    DATE OF BIRTH:           10/06/1971
BEST,MICHAEL                        DATE FILED:              09/18/2009
_____
            DEFENDANT

I HEREBY CERTIFY THAT IT APPEARS FROM AN EXAMINATION OF THE RECORDS
ON FILE IN THIS OFFICE THAT ON 10/08/2010 THE ABOVE ACTION WAS
DISMISSED AND ALL PENDING CRIMINAL CHARGES RELATED TO
THIS ACTION WERE ALSO DISMISSED BY THE HONORABLE  BOYLE,D   THEN
A JUDGE OF THIS COURT.

THE DEFENDANT WAS DISCHARGED FROM THE JURISDICTION OF THE COURT.

THE ABOVE MENTIONED DISMISSAL IS A TERMINATION OF THE CRIMINAL
ACTION IN FAVOR OF THE ACCUSED AND PURSUANT TO SECTION 160.60 OF
THE CRIMINAL PROCEDURE LAW "THE ARREST AND PROSECUTION SHALL BE
DEEMED A NULLITY AND THE ACCUSED SHALL BE RESTORED, IN
CONTEMPLATION OF LAW, TO THE STATUS OCCUPIED BEFORE THE ARREST
AND PROSECUTION".

PURSUANT TO SECTION 160.50(1C) OF THE CRIMINAL PROCEDURE LAW, ALL
OFFICIAL RECORDS AND PAPERS RELATING TO THIS CASE ARE SEALED.


IN WITNESS WHEREOF,I HAVE HEREUNTO SET MY HAND AND AFFIXED MY
OFFICIAL SEAL ON THIS DATE 05/10/2012.

                                        _____
                                                 COURT CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Best
_____

(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

11 Civ. 4475 ( ) ( )

- against -

1. A.P.A Menon chandras
2. Police officer Dante Valentini
3. (John Doe) chief of Rikers Island corr.
4. The State of New York
5. The City of New York

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

**AFFIRMATION OF SERVICE**

I, Michael Best , declare under penalty of perjury that I have
      (name)
served a copy of the attached Amended complant
                               (document you are serving)

upon Corporation Counsel whose address is 100
      (name of person served)
church Street NY N.Y 10007
                (where you served document)
by personal service mail room
   (how you served document: For example - personal delivery, mail, overnight express, etc.)

Dated: Nov 30th , 2012
       (town/city)  (state)

_____ , 20__
(month)  (day) (year)

Signature: [signed]

Address: 1128 findlay Ave BG

City, State: BX N.Y

Zip Code: 10456

Telephone Number: 347-590-8235

Rev. 05/2010